UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL HARPER,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No. 14-cv-05626-EDL

**ORDER TO SHOW CAUSE**

On February 11, 2015, the Court issued an Order Dismissing Complaint. In that Order, the Court gave Plaintiff leave to amend his complaint, and ordered that any amended complaint be filed no later than February 27, 2015. As of the date of this Order, Plaintiff has not filed an amended complaint or otherwise communicated with the Court regarding his case.

Therefore, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause shall be due no later than March 31, 2015. If Plaintiff fails to file a response to this Order to Show Cause by March 31, 2015, the Court will dismiss this action without prejudice for failure to prosecute. The case management conference set for March 24, 2015 is hereby vacated.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge