UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL HARPER,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No. 14-cv-05626-EDL

**ORDER DISMISSING CASE**

On February 11, 2015, the Court issued an Order Dismissing Complaint. In that Order, the Court gave Plaintiff leave to amend his complaint, and ordered that any amended complaint be filed no later than February 27, 2015. Plaintiff did not timely file an amended complaint or otherwise communicate with the Court regarding his case. On March 17, 2015, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's response to this Order to Show Cause was due no later than March 31, 2015. Plaintiff failed to timely file a response to this Order to Show Cause and the action is therefore dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge